1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

JASON ZABACK,                                          )
                                                                       )
8                              Plaintiff,                         )          Case No. 2:17-cv-00001-JAD-PAL
                                                                       )
9        vs.                                                      )          **ORDER**
                                                                       )
10                                                                  )
                                                                       )
11      H&E EQUIPMENT SERVICES, INC.,     )
                                                                       )
12                            Defendant.                      )
_____)
13

14           This matter is before the Court on Defendant's Request for Exception from Attendance at

15    Early Neutral Evaluation (ECF No. 10), filed on March 10, 2017.  Upon review and consideration,

16    and with good cause appearing therefor,

17           **IT IS HEREBY ORDERED** that Defendant's Request for Exception from Attendance at

18    Early Neutral Evaluation (ECF No. 10) is **granted**.

19           DATED this 21st day of March, 2017.

20

21                                                                        _____
                                                                       GEORGE FOLEY, JR.
22                                                                       United States Magistrate Judge

23
24
25
26
27
28