Deverie Christensen, Bar # 6596
christensend@jacksonlewis.com
Phillip C. Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*H&E Equipment Services, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON ZABACK, <br><br> Plaintiff, <br><br> vs. <br><br> H&E EQUIPMENT SERVICES, INC., a Delaware Corporation, <br><br> Defendant. | Case No.: 2:17-cv-00001-JAD-PAL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF No. 18 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this ____17____ day of May, 2017.

JACKSON LEWIS P.C.

/s/ signature

Deverie Christensen, Bar No. 6596
Phillip C. Thompson, Bar No. 12114
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*H&E Equipment Services, Inc.*

LAW OFFICES OF MICHAEL P. BALABAN

/s/ signature

Michael P. Balaban, Bar No. 9370
10726 Del Rudini Street
Las Vegas, Nevada 89141

*Attorney for Plaintiff Jason Zaback*

## ORDER

Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **this action is DISMISSED with prejudice**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey
U.S. District Judge
5/17/17

JACKSON LEWIS P.C.
LAS VEGAS